# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRIAN J. LYNCH,                     :    No. 3 MAP 2023
                                    :
           Appellant               :    Appeal from Commonwealth Court
                                    :    Order dated December 1, 2022 at
                                    :    No. 579 FR 2019
        v.                          :
                                    :
                                    :
COMMONWEALTH OF PENNSYLVANIA,       :
                                    :
           Appellee                 :
                                    :

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  September 28, 2023**

   **AND NOW,** this 28th day of September, 2023, the order of the Commonwealth Court is **AFFIRMED**.